**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**HELGA WELKER**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj50/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and FSS 316.062 | Leaving the scene of an accident with property damage | 2/5/07 | One |
| 18 U.S.C. §§ 7 & 13 and FSS 322.03 | Driving without valid driver's license | 2/5/07 | Two |

Count  Three   is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than 6/20/07.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 20.00 | $ 200.00 | $ 0.00 |

Date of Imposition of Sentence - 4/23/07

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **4-24-2007**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

07 APR 24   AM 9:36

FILED